7051.   SMALLWOOD *v.* THE STATE.

RUSSELL, C. J.   1.  The ground of the motion for a new trial in which
error is assigned upon the refusal of the court to grant a mistrial, being
expressly disapproved by the trial judge, can not be considered by this
court.

2. The jury is not required to accept the defendant's statement at the trial
in its entirety.   They may believe a portion of it and discredit his re-
maining utterances.   Thus construing the statement of the defendant in

this case, with some of the evidence, the trial judge properly instructed the jury upon the law of voluntary manslaughter.

3. The requests for instructions, so far as pertinent, were correctly presented in the charge of the court.

4. The evidence authorized the verdict, and there was no error in refusing a new trial. *Judgment affirmed.*

DECIDED JANUARY 20, 1916.

Conviction of manslaughter; from Hall superior court—Judge J. B. Jones. October 30, 1915.

*B. P. Gaillard Jr., Howard Thompson, Edgar B. Dunlap, John R. Cooper,* for plaintiff in error.

*Robert McMillan, solicitor-general, W. B. Sloan,* contra.